UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SALENA GLENN,

        Plaintiff,                             Case No. 12-11433
                                                      Honorable Thomas L. Ludington

v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Salena Glenn filed a complaint challenging the Commissioner of Social Security's final denial of her application for Social Security Disability benefits. On August 13, 2012, Glenn filed a motion for summary judgment. The Commissioner filed a cross motion on November 28, 2012.

On June 19, 2013, United States Magistrate Judge Mark A. Randon issued a report recommending Glenn's motion be granted and the Commissioner's motion be denied. He also recommended that the case be remanded to the Commissioner for further proceedings. As of today's date, no party has filed any objections to the magistrate judge's report and recommendation. The election to not file objections to the Judge Randon's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Judge Randon's report and recommendation, ECF No. 22, is **ADOPTED**.

It is further **ORDERED** that Plaintiff's motion for summary judgment, ECF No. 14, is **GRANTED**.

It is further **ORDERED** that the Commissioner's motion for summary judgment, ECF No. 18, is **DENIED**.

It is further **ORDERED** that the case is **REMANDED** to the Commissioner for further proceedings consistent with Judge Randon's report.

Dated: July 10, 2013                                          s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 10, 2013.

                                      s/Tracy A. Jacobs
                                      TRACY A. JACOBS